ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
SEALED
AUG 25 20
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4:19mj116 |
| | ) | |
| OBINWANNE OKEKE | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   OBINWANNE OKEKE                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ☑ Complaint
❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1030          Conspiracy to Commit Computer Fraud
18 U.S.C. § 1349          Conspiracy to Commit Wire Fraud

Date:   08/02/2019

*Issuing officer's signature*

City and state:   Norfolk, Virginia          The Hon. Lawrence R. Leonard, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  08/07/2019 , and the person was arrested on *(date)*  08/07/2019
at *(city and state)*  Norfolk VA         .

Date:  08/25/20

*Arresting officer's signature*

J. Reze

*Printed name and title*