**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V.  ) | Criminal No: 4:19-CR-00084-RBS-RJK-1 |
| ) | Sentencing: 02/16/2021 |
| **OBINWANNE OKEKE** ) | Judge: Rebecca Beach Smith |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### EXHIBIT LETTERS IN SUPPORT OF OBINWANNE OKEKE

**COMES NOW,** Defendant, **OBINWANNE OKEKE**, by and through his attorneys, John O. Iweanoge, II and THE IWEANOGES FIRM, PC, respectfully files these letter exhibits in support of Obinwanne Okeke's sentencing position before this Honorable Court on February 16, 2021.

Respectfully submitted,

THE IWEANOGES FIRM, P.C.                                    Obinwanne Okeke
                                                                                           Defendant by Counsel

By: ___/S/JohnOIweanoge/S/_____
    John O. Iweanoge, II (VSB #: 47564)
    IWEANOGE LAW CENTER
    1026 Monroe Street, NE
    Washington, D.C. 20017
    Phone:  (202) 347-7026
    Fax:      (202) 347-7108
    Email:   joi@iweanogesfirm.com
    Attorneys for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all interested parties and attorneys.

Dated: 12th day of February, 2021.                          _____/S/JohnOIweanoge/S/_____
                                                                                        John O. Iweanoge, II